EVA MACDONALD VALESH, Appellant, v. CORN EXCHANGE BANK, GRAND CENTRAL BRANCH, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

EVA MACDONALD VALESH, Appellant, v. LEOPOLD PRINCE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ROSE ANGEL, Appellant, v. MABEL M. TROWBRIDGE, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.; Shearn, J., dissented.

SIDNEY M. TEETER v. ANNA K. DANIEL.— Motion denied. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ,

ROBERT SANFORD v. HENRY G. SANFORD and Others.— Motion denied. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.